# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN TRENT STOWERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLACENCIA, *et al.*,<br><br>　　　　Defendants. | Case No.  1:23-cv-00809-SAB (PC)<br><br>ORDER GRANTING *EX PARTE* APPLICATION TO EXCUSE APPEARANCE OF DEFENDANT AND TO ALLOW COUNSEL FOR THE DEFENDANT APPEAR ON HIS BEHALF<br><br>(ECF No. 18) |

Plaintiff Collin Trent Stowers is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint on an excessive force claim against Defendant Placencia.  This action is currently set for a video settlement conference, via the Zoom videoconferencing application, before the undersigned, on January 11, 2024, at 9:30 a.m.  (ECF No. 16.)

On December 13, 2023, Defendant Placencia filed an *ex parte* application to excuse his appearance at the settlement conference and to allow counsel to appear on his behalf, together with a declaration of counsel in support.  (ECF Nos. 18, 19.)  Defendant is employed as a correctional officer with daily duties, including the maintenance of prison security and supervising inmates.  Taking time off work to attend the settlement conference would constitute a hardship for himself and the prison.  Defense counsel appearing on his behalf has authority to enter into settlement agreements on behalf of Defendant.  (*Id.*)

Plaintiff has not yet had the opportunity to respond, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Having considered the request, Defendant's request is granted.  Defendant's appearance is excused.  The Court further finds that Plaintiff will not be prejudiced by excusing Defendant's personal appearance at the settlement conference.

Accordingly, Defendant's *ex parte* application to excuse appearance of Defendant and to allow counsel for the Defendant to appear on his behalf at the settlement conference, (ECF No. 18), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **December 14, 2023**           /s/ Barbara A. McAuliffe             
UNITED STATES MAGISTRATE JUDGE

2