# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN TRENT STOWERS,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL PLACENCIA, et al.,<br><br>Defendants. | Case No. 1:23-cv-00809-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION PURSUANT TO PARTIES' STIPULATION TO VOLUNTARY DISMISS ACTION<br><br>(ECF No. 21) |

Plaintiff Collin Trent Stowers is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 15, 2023, the parties filed a stipulation dismissing this action with prejudice. In light of the stipulation of the parties, this action has been terminated, Fed.R.Civ.P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __December 19, 2023__

UNITED STATES MAGISTRATE JUDGE

1